Robert B. Parsons, SBN 150053
LAW OFFICES OF ROBERT BRUCE PARSONS
rbp@robertbparsonslaw.com
3424 Carson Street, Suite 500
Torrance, California 90503
Phone: (310) 214-1477
Fax: (310) 214-0764

**MADE JS-6**

Attorneys for Defendant and Cross-Complainant, Reginald S. Givins, Sr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | CASE NO.: CV09- 6054 GW (FFMx) |
| Plaintiff, | [Assigned to George H. Wu] |
| vs | **JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR.** |
| REGINALD S. GIVINS, SR., an individual, and LOLITA GIVINS, an individual, | |
| Defendants. | |
| REGINALD S. GIVINS, SR., | |
| Counter-Complainant, | |
| vs | |
| LOLITA GIVINS, | |
| Counter-Respondent. | |

## RECITALS

WHEREAS, this is an action in interpleader initiated by Plaintiff and disinterested Protective Life Insurance Company against Reginald S. Givins, Sr., an individual and Lolita Givins, an individual; and

1

---
Protective Life Insurance Company v. Givins, et al.            CASE NO: CV09-6054 GW (FFMx)
[PROPOSED] JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR.

WHEREAS, service of process was effected by Plaintiff against competing claimants Reginald S. Givins, Sr. and Lolita Givins and the Default of Lolita Givins was taken with respect to the Complaint on file herein by Plaintiff; and

WHEREAS, Reginald S. Givins, Sr. made a timely appearance via Answer and Counter-Complaint herein, alleging that Reginald S. Givins, Sr. and Reginald S. Givins, Sr., alone, is the sole person entitled to the funds on deposit with the Clerk of this Honorable Court; and

WHEREAS, Lolita Givins was properly served with the Summons on the Counter-Complaint on November 17, 2009 and the Default of Lolita Givins was entered by the Court on January 12, 2010; and

WHEREAS, pursuant to the Stipulation of all parties making an appearance in the action, Plaintiff, Protective Life Insurance Company, was discharged from the within action and awarded attorneys fees in the sum of $5,015.38 pursuant to Stipulation filed with the Court on December 16, 2009; and

WHEREAS, the Default of Lolita Givins having been taken by all parties to the action, and with particular respect to the Counter-Complaint of Reginald S. Givins, Sr., the Court for good cause having been shown, hereby enters Judgment in favor of Reginald S. Givins, Sr. and against Lolita Givins on the Counter Complaint herein.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of Reginald S. Givins, Sr. and against Lolita Givins on the Counter Complaint on file herein.

2. Reginald S. Givins, Sr. is awarded all funds remaining on deposit with this Court by Protective Life Insurance Company and the Court finds and hereby orders that Lolita Givins has no entitlement thereto.

///

///

2

Protective Life Insurance Company v. Givins, et al.                                    CASE NO: CV09-6054 GW (FFMx)
[PROPOSED] JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR.

3.     The Clerk is ordered to distribute all funds on deposit with this Court to Reginald S. Givins, Sr. forthwith.

Dated: February 2, 2010         _____
                               Hon. George H. Wu,
                               Judge of the United States District Court

PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 500, Torrance, CA 90503.

On January ___, 2010, I served the foregoing document described as [PROPOSED] JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR., on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

See Attached Service List

_X_  (BY MAIL)   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  (BY PERSONAL SERVICE) By personally delivering copies to the individual listed above at the address listed above or by personally delivering copies to the office of the individual listed above at the address listed above, in a package clearly labeled to identify the personal being served, with a receptionist or with a person in charge. *[C.C.P. § 1011]*

___  (BY EXPRESS MAIL) By placing the above documents in the United States mail for Express Mail delivery at Torrance, California, in a sealed envelope addressed as above with Express Mail postage thereon fully prepaid, *[C.C.P. §§ 1013(c), 2015.5]*

___  (BY FEDERAL EXPRESS) By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express and bearing airbill number_____, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the individual listed above, at the address listed above. *[C.C.P. §§ 1013(c), 2015.5]*

___  (BY FAX)   As follows: On_____ at approximately _____ p.m. by use of facsimile machine number (310) 214-0764, I served as copy of the foregoing on the interested parties in this action by transmitting by facsimile machine to the following: *[C.C.P. § 1013(e)]*

_x_  (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January ___, 2010, at Torrance, California.

_____
Susan K. Miller

4
_____
Protective Life Insurance Company v. Givins, et al.                CASE NO: CV09-6054 GW (FFMx)
[PROPOSED] JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR.

## SERVICE LIST

| | |
|---|---|
| Peter E. Romo, Jr.<br>Andrea K. Anapolsky<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | **Attorney for Plaintiff, Protective Life Insurance Company**:<br>(415) 397-2923<br>(415) 397-8549 fax<br>promo@seyfarth.com<br>aanapolsky@seyfarth.com |
| Lolita Givins<br>8808 Artesia Blvd., Apt. 16<br>Bellflower, CA 90706 | Defendant and Cross-Defendant,<br>Lolita Givins |

5

Protective Life Insurance Company v. Givins, et al.                                      CASE NO: CV09-6054 GW (FFMx)
[PROPOSED] JUDGMENT ON COUNTER COMPLAINT OF REGINALD S. GIVINS, SR.